IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAYLOR BROWN**, *et al.* | : |
| Plaintiffs | : |
| v. | : Civil Action No. |
| **COL. CHRISTOPHER PARIS,** Commissioner of Pennsylvania State Police | : |
| Defendant | : |

## PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to F.R.C.P. 7 and 65, Plaintiffs Taylor Brown, Shawn Palmer, Max Ness, and Second Amendment Foundation, on behalf of themselves and those similarly situated, by and through their attorneys, Joshua Prince of Civil Rights Defense Firm, P.C., and Adam Kraut of Second Amendment Foundation, hereby move for a preliminary injunction.

The undersigned inquired of Nicole DiTome, Chief Deputy Attorney General, and Andrew Lovette and Nicole Boland, Office of Chief Counsel for the Pennsylvania State Police, regarding Defendant's position on this Motion, but as of the time of filing, has not received a response; however, it is believed that Defendant opposes this motion. As Plaintiffs seek a temporary restraining order, the

undersigned has emailed copies of all filings to Attorneys DiTome, Lovette, and Boland at the time of filing.

Date: June 20, 2024                             Respectfully Submitted,

                                                          /s/ Joshua Prince

                                                          Joshua Prince, Esq.
                                                          Joshua@Civilrightsdefensefirm.com
                                                          PA Bar No. 306521
                                                          CIVIL RIGHTS DEFENSE FIRM, P.C.
                                                          646 Lenape Road
                                                          Bechtelsville, PA 19505
                                                          (888) 202-9297 ext 81114
                                                          (610) 400-8439 (f)


                                                          Adam Kraut, Esq.
                                                          Akraut@SAF.org
                                                          PA Bar No. 318482
                                                          SECOND AMENDMENT FOUNDATION
                                                          12500 N.E. Tenth Place
                                                          Bellevue, WA  98005
                                                          (425) 454-7012

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June 2024, I caused to be served a true and correct copy of Plaintiffs' Complaint with Exhibits, Motion for a Temporary Restraining Order and Preliminary Injunction, and brief in support on the following via email:

Nicole R. DiTomo
Chief Deputy Attorney General
Pennsylvania Office of Attorney General
Civil Law Division, Litigation Section
15th Floor, Strawberry Square
Harrisburg, Pa 17120
nditomo@attorneygeneral.gov

Andrew Lovette
Office of Chief Counsel
Pennsylvania State Police
1800 Elmerton Avenue
Harrisburg, PA 17110
alovette@pa.gov

Nicole Boland
Office of Chief Counsel
Pennsylvania State Police
1800 Elmerton Avenue
Harrisburg, PA 17110
nboland@pa.gov

_/s/ Joshua Prince_____
Joshua Prince, Esq.
Joshua@Civilrightsdefensefirm.com
CIVIL RIGHTS DEFENSE FIRM, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(888) 202-9297 ext 81114
(610) 400-8439 (f)