IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAYLOR BROWN; SHAWN PALMER; MAX NESS; and SECOND AMENDMENT FOUNDATION,<br>Plaintiffs<br><br>v.<br><br>COL. CHRISTOPHER PARIS, Commissioner of the Pennsylvania State Police<br>Defendant | No. 1:24cv1015<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 10th day of July 2025, upon consideration of: 1) plaintiffs' motion to lift the stay on briefing regarding plaintiffs' motion for summary judgment, (Doc. 39); 2) the parties' briefs in support of their respective positions, (Docs. 39-2, 40); 3) the status report filed by plaintiffs dated July 3, 2025, (Doc. 41); 4) and defendant's response to the status report dated July 10, 2025, wherein the defendant indicated that he would be filing his own dispositive motion pursuant to deadlines agreed to by the parties' in their joint case management plan in the absence of a court order, (Doc. 42), it is hereby **ORDERED** that:

1) Plaintiffs' motion to lift the stay, (Doc. 39), is **GRANTED**; and

2) By way of separate order, this matter will be scheduled for a case management conference, at which time the court intends to address briefing deadlines regarding the plaintiffs' motion for summary judgment and the defendant's pending dispositive motion.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court