IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAYLOR BROWN; SHAWN PALMER; | : | No. 1:24cv1015 |
| MAX NESS; and SECOND | : | |
| AMENDMENT FOUNDATION, | : | (Judge Munley) |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| LIEUTENANT COLONEL GEORGE L. | : | |
| BIVENS, Acting Commissioner of the | : | |
| Pennsylvania State Police, | : | |
| Defendant | : | |

**ORDER**

**AND NOW**, to wit, this **1st** day of July 2026, upon consideration of the plaintiffs' status report, (Doc. 54), advising the court that the Supreme Court has denied the petitions for writs of certiorari in Paris v. Second Amendment Foundation, et al., No. 24-1329 (U.S.); Nat'l Rifle Ass'n v. Glass, No. 24-1185 (U.S.); and McCoy v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, No. 25-24 (U.S.), it is hereby **ORDERED** that:

1) The stay of all deadlines in this matter is **LIFTED**;

2) Defendant Lieutenant Colonel George L. Bivens shall file a response to plaintiffs' motion for summary judgment **on or before July 30, 2026**; and

3) If defendant intends to move for summary judgment, he shall file any such motion and supporting brief **on or before August 14, 2026**.

**BY THE COURT:**

JUDGE JULIA K. MUNLEY
**United States District Court**