# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Taylor Brown, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>Col. Christopher Paris, in his capacity as Commissioner of the Pennsylvania State Police,<br><br>　　　　　　　　　　Defendant. | No. 1:24-cv-1015<br><br>Judge Julia K. Munley<br><br>Electronically Filed Document |

## **DEFENDANT'S MOTION TO EXTEND**

Defendant Col. Christopher Paris moves to extend the deadline for his brief in opposition to Plaintiffs' Motion for Summary Judgment, and his dispositive motion and supporting brief, to 30 days after the Court resolves his pending request to stay this matter; or, in the alternative, to extend the deadline for his brief in opposition to Plaintiffs' Motion for Summary Judgment to August 14, 2026.

1.　　On June 20, 2024, Plaintiffs commenced this action by filing the Complaint. ECF No. 1.

2.　　On October 10, 2024, Plaintiffs filed a Motion for Summary Judgment. ECF No. 27.

1

3.      Proceedings on this matter, including the deadline for Defendants' response to Plaintiffs' Motion for Summary Judgment, were stayed until July 1, 2026. *See* ECF No. 55.

4.      A few minutes after the Court lifted the stay, Defendant filed a request that the stay be reinstated until the Third Circuit resolves three appeals pending in *Suarez v. Commissioner, Pennsylvania State Police*, Nos. 24–2395, 24–2436, and 24–2602 (3d Cir.). *See* ECF No. 56.

5.      Plaintiffs responded to that request on July 10, 2026. ECF No. 57.

6.      The Court then gave Plaintiffs leave to file an additional response. ECF No. 58.

7.      Plaintiffs filed that additional response on July 21, 2026. ECF No. 59.

8.      Defendant filed a reply to Plaintiffs' responses on July 23, 2026. ECF No. 60.

9.      The Court has not yet ruled on Defendant's request to stay this matter.

10.     Defendant's response to Plaintiffs' Motion for Summary Judgment is currently due next Thursday, July 30, 2026, and his dispositive motion is currently due August 14, 2026. *See* ECF No. 55.

11.     Defendant now moves to extend the deadline for his response to Plaintiffs' Motion for Summary Judgment, and the deadline for his dispositive motion, to 30 days after this Court rules on his request for a stay.

12.     This extension will prevent the potentially unnecessary expenditure of resources, because if the Court ultimately grants the stay, then any materials drafted and filed by Defendant will, at a minimum, need to be updated in response to the Third Circuit's rulings in *Suarez*.

13.     Alternately, Defendant moves to extend the deadline for his response to Plaintiffs' Motion for Summary Judgment to August 14, 2026—i.e., the current deadline for his own dispositive motion.

14.     Defendant currently intends on filing a dispositive motion, and that extension will permit him to consolidate his materials in opposition to Plaintiffs' motion, and in support of his own motion, which may facilitate the Court's disposition of both motions.

15.     This request is made in good faith and without intent to delay.

3

Respectfully submitted,

DAVID W. SUNDAY, JR.
Attorney General

By:   */s/ Jacob Frasch*
Jacob Frasch
Office of Attorney General                  Senior Deputy Attorney General
15th Floor, Strawberry Square               Attorney ID PA No. 328362
Harrisburg, PA 17120
(717) 580-7897
jfrasch@attorneygeneral.gov                 Nicole R. DiTomo
                                            Chief Deputy Attorney General
                                            Civil Litigation Section

Date: July 24, 2026                         Counsel for Defendant Col. Christopher
                                            Paris

4

## <u>CERTIFICATE OF NON-CONCURRENCE</u>

Pursuant to Local Rule 7.1, I certify that I sought concurrence in the foregoing motion from counsel for Plaintiffs. Plaintiffs' counsel did not consent in either extension proposed in that motion.

*/s/ Jacob Frasch*
Jacob Frasch
Senior Deputy Attorney General

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 4.2, I certify that a true and correct copy of the foregoing was served on all counsel of record by filing it with this Court's ECF system on July 24, 2026.

*/s/ Jacob Frasch*
Jacob Frasch
Senior Deputy Attorney General

6