## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAYLOR BROWN; SHAWN PALMER; | : | No. 1:24cv1015 |
| MAX NESS; and SECOND | : | |
| AMENDMENT FOUNDATION, | : | (Judge Munley) |
|     Plaintiffs | : | |
| | : | |
|     v. | : | |
| | : | |
| LIEUTENANT COLONEL GEORGE L. | : | |
| BIVENS, Acting Commissioner of the | : | |
| Pennsylvania State Police, | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, to wit, this __27th__ day of July 2026, upon consideration of defendant's letter request for a continued stay, (Doc. 57), plaintiffs' response, (Doc. 59), and defendant's reply, (Doc. 60), as well as defendant's request for an extension of time, (Doc. 61), it is hereby **ORDERED** that:

1) Defendant's request for a continued stay is **DENIED**;

2) Defendant's request for an extension of time is **GRANTED**; and

3) Defendant shall file a brief in opposition to plaintiff's motion for summary judgment on or before **August 14, 2026**.

BY THE COURT:

*s/ Julia K. Munley*
**JUDGE JULIA K. MUNLEY**
**United States District Court**