## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Taylor Brown, et al.,<br><br>                              Plaintiffs,<br><br>              v.<br><br>Col. Christopher Paris, in his capacity as Commissioner of the Pennsylvania State Police,<br><br>                              Defendant. | No. 1:24-cv-1015<br><br>Judge Julia K. Munley<br><br>Electronically Filed Document |

### ORDER

**AND NOW**, this _29th_ day of _July_ , 2026, it is hereby **ORDERED** that the Joint Motion to Consolidate Briefing and Enlarge Word Limit, ECF No. _63_, is **GRANTED** as follows:

1.      Defendant may file a consolidated brief of no more than 10,000 words that opposes Plaintiffs' Motion for Summary Judgment, ECF No. 27, and supports his own motion for summary judgment;

2.      Plaintiffs may file a consolidated brief of no more than 10,000 words that supports their motion for summary judgment and opposes Defendant's motion for summary judgment;

3.      Plaintiffs' brief is due 21 days after Defendant files his brief;

4.      Defendant's reply brief in further support of his motion for summary judgment is due 21 days after Plaintiffs file their brief.

_____
Honorable Julia K. Munley
United States District Judge